UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61883-RAR

**LUZ CAMPINA**,

       Plaintiff,

v.

**KILOLO KIJAKAZI,**
**Commissioner of Social Security**,

       Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 28] ("Report"), entered on January 17, 2022. The Report recommends that the Court deny Plaintiff's Motion for Summary Judgment [ECF No. 22] ("Plaintiff's Motion") and grant Defendant's Motion for Summary Judgment [ECF No. 25] ("Defendant's Motion"). Report at 1. Plaintiff filed objections to the Report on January 31, 2022. [ECF No. 29] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Jared M. Strauss's legal and factual findings.

Having carefully reviewed Plaintiff's Motion, Defendant's Motion, Plaintiff's Response in Opposition to Defendant's Combination Motion for Summary Judgment [ECF No. 27], the Report, the Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 28] is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment [ECF No. 22] is **DENIED.**

3. Defendant's Motion for Summary Judgment [ECF No. 25] is **GRANTED.**

4. Final judgment will be entered via separate order pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 31st day of January, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**